**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Perry Brian Oshiro,

      Plaintiff

v.

Dennis Fajardo, et al.,

      Defendants

Case No.: 2:23-cv-01867-JAD-MDC

**Order Dismissing Case**

[ECF No. 49]

This is an Eighth Amendment deliberate-indifference-to-serious-medical-needs lawsuit by former detainee Perry Brian Oshiro against the medical staff at the Clark County Detention Center.  The defendants move to dismiss this case as barred by the bankruptcy proceeding related to the jail's contracted medical provider, Wellpath.[1]  Any opposition to that motion was due by February 25, 2026.  That deadline passed without any response, leaving the motion to dismiss unopposed.  This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply this rule and deem the plaintiff's failure to respond to the motion to dismiss as consent to granting the motion.[2]  IT IS THEREFORE ORDERED that defendants' motion to dismiss **[ECF No. 49] is GRANTED.  This case is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.**

_____

U.S. District Judge Jennifer A. Dorsey
Dated: February 27, 2026

---

[1] ECF No. 49.

[2] Court mail to Oshiro has also been getting returned for many months with the notation that Oshiro has been discharged.  *See, e.g.*, ECF No. 50.  The Nevada inmate website also reflects that he is not currently detained.