Name: Perry B. Oshiro
ID#: 1268976
HDSP
P.O.Box 650
Indian Springs, NV 89070

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Perry Brian Oshiro, Plaintiff, -V- Dennis Fajoeda, et al., Defendant(s). | Case No.: 2:23-cv-01867-JAD-MDC<br>MOTION TO REOPEN CASE and Vacate the Dismissal Order |

Comes now Plaintiff Perry Brian Oshiro, in Pro Se asking the Court to Vacate the dismissal order and reopen the case.

This motion is made and based upon papers and pleadings on file herein and attached points and authorities.

## POINTS AND AUTHORITIES

McGinn v. United States, 2 F.R.D. 562

Outcome: The Court allowed Plaintiff's motion to Vacate the Judgment of Dismissal

ADDITIONAL FACTS OF THE CASE:

Under Fed. R. Civ. 60(b) entered in his case against the government, and the case was restored to the Docket.

Fed. R. Civ. 60(b) for relief from judgement due to his mistake, surprise, inadventence, or excusable neglect.

Fed. Rule 60 Relief From a Judgment Order

(b) Grounds for Relief From a Final Judgment, Order, or Proceeding on motion and just terms, the court may relieve a party or its legal representative from a Final judgment, order, or proceeding for the following reasons:

(1) mistake, inadvertence, surprise, or excusable Neglect;

(c) Timing and Effect of the Motion.

(1) Timing, a motion under Rule 60(b) must be made within a reasonable time — and for reasons (1), (2), and (3) no more than a year after the entry of the judgment or order or the date of proceedings.

(2) Effect on Finality. The motion does not affect the judgment's finality or suspend its operation.

WHEREFORE, Plaintiff Perry Brian Oshiro in Pro Se prays the Court will grant his motion to Reopen Case and Vacate the Dismissal Order.

DATED this 31ST day of August, 2026

Respectfully Submitted,
[signature]
Perry Brian Oshiro
H.D.S.P # 1268976
P.O. Box 650
Indian Springs, NV 89070