**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Perry Brian Oshiro,

Plaintiff

v.

Clark County Detention Center,

Defendant

Case No.: 2:23-cv-01867-JAD-MDC

**Order Denying Motion to Reopen Case**

[ECF No. 58]

Pro se plaintiff and Nevada inmate Perry Brian Oshiro brought this civil-rights action under 42 U.S.C. § 1983, claiming that his rights were violated when staff at the Clark County Detention Center failed to provide him adequate medical care and denied him access to prayer materials and his legal envelopes. This case was dismissed six months ago because Oshiro did not oppose a motion to dismiss.[1] Oshiro now moves to reopen this case and vacate the dismissal order, but he doesn't offer any reason that this court should grant that relief.[2] Because Oshiro has not provided any basis for vacating the dismissal order and reopening his case, his motion **[ECF No. 58] is DENIED.**

U.S. District Judge Jennifer A. Dorsey
September 9, 2026

[1] ECF No. 53.

[2] ECF No. 58.