MICHAEL NAVRATIL, ESQ.
Nevada Bar No. 7460
ALCO ROBINSON, ESQ.
Nevada Bar No. 17112
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9324
Facsimile: (702) 255-2858
E-Mail: mnavratil@grsm.com
arobinson@grsm.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PERRY BRIAN OSHIRO,<br><br>Plaintiff,<br><br>vs.<br><br>Dennis Fajardo, Wellpath PA; Becky S. Christiansen, Wellpath NP; Kyle F. Martineau, Wellpath PA; Cathrine Ryan, Wellpath SS; Kyle Martineau, Wellpath, PPC, Wellpath, LLC,<br><br>Defendants. | Case No.: 2:23-cv-01867-JAD-MDC<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRIC SERVICE LIST** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the court for an Order removing attorney Jacqueline Nichols, Esq. (Nevada Bar No. 14246), email address jnichols@wwhgd.com and all emails associated with and Weinberg, Wheeler, Hudgins, Gunn and Dial, LLC, abonney@wwhgd.com, acress@wwhgd.com, adurazzo@wwhgd.com, docketing-LV@wwhgd.com, psmithjr@wwhgd.com, tdelossantos@wwhgd.com, vgomez@wwhgd.com, from the electronic service list in this matter. Attorney Jacqueline Nichols, Esq. is no longer attorney for Defendants. Jacqueline Nichols, Esq.'s removal from the e-service list should not delay these proceedings.



Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Pursuant to Local Rule IA 11-6, GORDON REES SCULLY MANSUKHANI, LLP, respectfully moves the court for an Order removing attorney Ethan Featherstone, Esq. (Nevada Bar No. 11566), email address featherstonee@hallevans.com and all emails associated with and Hall Evans, LLC, bondsk@hallevans.com and nvefile@hallevans.com, from the electronic service list in this matter. Attorney Ethan Featherstone, Esq. is no longer attorney for Defendants. Ethan Featherstone, Esq.'s removal from the e-service list should not delay these proceedings.

Accordingly, there is good cause to justify removing Jacqueline Nichols, Esq. and Ethan Featherstone, Esq. and associated emails for removal from the electronic service list in this case.

John Schneringer, Esq., Michael D. Navratil, Esq. and Alco Robinson, Esq. of GORDON REES SCULLY MANSUKHANI, LLP remain as counsel for Defendants, Dennis Fajardo, Wellpath PA; Becky S. Christiansen, Wellpath NP; Kyle F. Martineau, Wellpath PA; Cathrine Ryan, Wellpath SS; Kyle Martineau, Wellpath, PPC, Wellpath, LLC, and will remain on the e-service list for this matter.

Dated this 16th day of October, 2026.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Michael D. Navratil*
Michael Navratil, Esq.
Nevada Bar No. 7460
Alco Robinson, Esq. 17112
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendants***

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2026.